### ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Maria-Elena James<br>Chief U.S. Magistrate Judge | **RE:** | Charles Menifee III |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | CR12-00061 EMC-4 |
| **Date:** | April 6, 2012 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Paul Mamaril | 510-637-3757 |
|---|---|
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____    4-6-12
JUDICIAL OFFICER                DATE

Cover Sheet (06/02/08)